# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH

| | |
|---|---|
| Utah Vapor Business Association, et al., <br><br> **Plaintiff(s),** <br><br> vs. <br><br> State of Utah, <br><br> **Defendant(s).** | Case No. 2:24-cv-950 |

## TRANSCRIPT PURCHASE NOTICE

Notice is hereby given that the undersigned court reporter has received payment from or payment arrangements have been made by:

☒ Attorney: David Wolf

☐ Party: Click here to enter text.

for the following transcript(s):

| Hearing Date | Type of Hearing Held |
|---|---|
| 2/11/25 | Motion for TRO and PI, PARTIAL TRANSCRIPT |
| | |
| | |
| | |
| | |

**DOCKET CLERK:**
Please modify the above transcript(s) entry/document to allow this attorney/party to have access to the transcript(s) via PACER.

Date:   February 24, 2025                    Michelle Mallonee
                                             Court Reporter