Deno G. Himonas (05483)
W. Bradford Barber (18601)
**WILSON SONSINI GOODRICH & ROSATI**
15 West South Temple
Gateway Tower West, Suite 1700
Salt Lake City, Utah 84101
Telephone: (801) 401-8520
dhimonas@wsgr.com
bbarber@wsgr.com

*Attorneys for Utah Vapor Business Association, Inc.*

Trinity Jordan (15875)
Jordan E. Westgate (16098)
**DENTONS DURHAM JONES PINEGAR, P.C.**
111 South Main Street, Suite 2400
Salt Lake City, Utah 84111
Telephone: (801) 415-3000
trinity.jordan@dentons.com
jordan.westgate@dentons.com

Phillip W. Dyer (4315)
Benjamin R. Dyer (13691)
**DYER LAW GROUP PLLC**
261 East 300 South, Suite 200
Salt Lake City, Utah 84111
Telephone: (801) 363-5000
phil@dyerlawgroup.com
ben@dyerlawgroup.com

Walter A. Romney, Jr. (07975)
Katherine E. Pepin (16925)
**CLYDE SNOW & SESSIONS**
201 South Main Street, Suite 2200
Salt Lake City, Utah 84111
Telephone: (801) 322-3516
war@clydesnow.com
kep@clydesnow.com

*Attorneys for Plaintiffs Utah Vapor Business Association, Inc. and The Smoke House, LLC*

**IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| UTAH VAPOR BUSINESS ASSOCIATION, INC., a Utah nonprofit corporation, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>STATE OF UTAH, *et al.*,<br><br>Defendants. | **NOTICE OF OBJECTION TO IMPROPER ARGUMENT IN STATE'S REPLY BRIEF**<br><br>Case No. 2:24-cv-00950-DBB-JCB<br><br>Judge David Barlow<br>Magistrate Judge Jared C. Bennett |

Plaintiffs Utah Vapor Business Association, Inc. and The Smoke House, LLC respectfully object to the severability argument contained on pages 9-12 of the State's Reply Brief, on the grounds that it exceeds the scope of the Court's February 13, 2025, Order for Supplemental Briefing, *see* Dkt. 45, and was not argued in the State's original Supplemental Brief, *see* Dkt. 50.

## ARGUMENT

The Court should decline to consider the severability argument contained on pages 9-12 of the State's Reply Brief for at least two reasons. *First*, on February 13, 2025, the Court issued an order limiting supplemental briefing to "potentially binding Supreme Court and Tenth Circuit decisions on the *Burger* criteria," and whether pending legislation in the Utah Senate and Utah House "creates a prudential mootness or related issue." *See* Dkt. 45. The Court did not ask the parties to address whether the inspection provisions are severable from S.B. 61. Courts routinely refuse to consider arguments exceeding the scope of a supplemental briefing order. *See Doe v. Heil*, 533 F. App'x 831, 836 n.4 (10th Cir. 2013) (declining to consider a "late-blooming" argument because it "exceed[ed] the scope of [the Court's] supplemental briefing order" (citation omitted)); *Fucci v. Bowser*, No. 2:20-CV-00004, 2023 WL 6391506, at *20 (D. Utah Oct. 2, 2023) (rejecting supplemental filings that were "unauthorized by the rules and far exceed[ed] the scope of the limited supplemental briefing permitted by the court"); *United States v. Close*, 202 F. App'x 950, 951 (9th Cir. 2006) (same).

*Second*, the State raised the severability issue for the first time in its Reply Brief, depriving Plaintiffs of the chance to respond to the argument.[1] That is improper and constitutes waiver of the

---

[1] To be sure, in its Supplemental Brief, the State referred the Court back to its Opposition to Plaintiffs' Motion for a Preliminary Injunction, which addressed severability in only a cursory

1

argument. *See SCO Group, Inc. v. Novell, Inc.*, 578 F.3d 1201, 1226 (10th Cir. 2009) ("[T]he general rule in this circuit is that a party waives issues and arguments raised . . . for the first time" in a reply brief).

## **CONCLUSION**

For the foregoing reasons, Plaintiffs object to the improper argument contained on pages 9-12 of the State's Reply Brief and respectfully request that the Court decline to consider it.

DATED: March 10, 2025

**WILSON SONSINI GOODRICH & ROSATI**

*/s/ Deno G. Himonas*
Deno G. Himonas
W. Bradford Barber
*Attorneys for Plaintiffs Utah Vapor Business Association, Inc.*

**DENTONS DURHAM JONES PINEGAR, P.C.**

*/s/ Jordan E. Westgate*
Trinity Jordan
Jordan E. Westgate
*Attorneys for Plaintiffs Utah Vapor Business Association, Inc. and The Smoke House, LLC*

**DYER LAW GROUP PLLC**

*/s/ Benjamin R. Dyer*
Phillip W. Dyer
Benjamin R. Dyer
*Attorneys for Plaintiffs Utah Vapor Business Association, Inc. and The Smoke House, LLC*

**CLYDE SNOW & SESSIONS**

---

fashion. *See* State Supp. Brief at 8 n.5 (citing Dkt. 32 at 26 n.59). But the State advanced no developed argument on severability until its most recent Reply Brief. *See id.*

*/s/ Katherine E Pepin*
Walter A. Romney, Jr.
Katherine E. Pepin
*Attorneys for Plaintiffs Utah Vapor Business
Association, Inc. and The Smoke House, LLC*