Deno G. Himonas (05483)
W. Bradford Barber (18601)
**WILSON SONSINI GOODRICH & ROSATI**
15 West South Temple
Gateway Tower West, Suite 1700
Salt Lake City, Utah 84101
Telephone: (801) 401-8520
dhimonas@wsgr.com
bbarber@wsgr.com

*Attorneys for Utah Vapor Business Association, Inc.*

Trinity Jordan (15875)
Jordan E. Westgate (16098)
**DENTONS DURHAM JONES PINEGAR, P.C.**
111 South Main Street, Suite 2400
Salt Lake City, Utah 84111
Telephone: (801) 415-3000
trinity.jordan@dentons.com
jordan.westgate@dentons.com

Phillip W. Dyer (4315)
Benjamin R. Dyer (13691)
**DYER LAW GROUP PLLC**
261 East 300 South, Suite 200
Salt Lake City, Utah 84111
Telephone: (801) 363-5000
phil@dyerlawgroup.com
ben@dyerlawgroup.com

Walter A. Romney (07975)
Katherine E. Pepin (16925)
**CLYDE SNOW & SESSIONS**
201 South Main Street, Suite 2200
Salt Lake City, Utah 84111
Telephone: (801) 322-3516
war@clydesnow.com
kep@clydesnow.com

*Attorneys for Plaintiffs Utah Vapor Business Association, Inc. and The Smoke House, LLC*

**IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| UTAH VAPOR BUSINESS ASSOCIATION, INC., a Utah nonprofit corporation, *et al.*,<br><br>　　Plaintiffs,<br><br>vs.<br><br>STATE OF UTAH, *et al.*,<br><br>　　Defendants. | **NOTICE OF APPEAL**<br><br>Case No. 2-24-CV-00950-DBB-JCB<br><br>Judge David B. Barlow<br>Magistrate Judge Jared C. Bennett |

Pursuant to 28 U.S.C. § 1292(a) and Rule 3 of the Federal Rules of Appellate Procedure, notice is hereby given this 21st day of April, 2024, that Plaintiffs Utah Vapor Business Association and The Smoke House, LLC, appeal to the United States Court of Appeals for the Tenth Circuit from (1) the district court's Order Granting in Part Motion for Temporary Restraining Order and Preliminary Injunction [ECF No. 55] entered on March 24, 2024; (2) the district court's Order Granting Preliminary Injunction [ECF No. 56] entered on March 24, 2024; (3) the district court's Docket Text Order (Dissolving Temporary Restraining Order) [ECF NO. 57] entered on March 24, 2024; and (4) any and all underlying issues, rulings, decisions, and orders of the district court ancillary, subsidiary, or merged thereto.

Dated: April 21, 2025.

.
 
**WILSON SONSINI GOODRICH & ROSATI**
  Deno G. Himonas
  W. Bradford Barber
*Attorneys for Utah Vapor Business Association, Inc.*

**DENTONS DURHAM JONES PINEGAR**
  Trinity Jordan
  Jordan E. Westgate

**DYER LAW GROUP PLLC**
  Benjamin R. Dyer

**CLYDE SNOW & SESSIONS**

*/s/ Walter A. Romney*
Walter A. Romney
Katherine E. Pepin
*Attorneys for Plaintiffs Utah Vapor Business Association, Inc. and The Smoke House, LLC*

# CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of April, 2025, I caused the foregoing **NOTICE OF APPEAL** to be e-filed which in turn caused notification of such filing to be sent to the following counsel who are identified as e-filers with this Court:

| | |
|---|---|
| Benjamin R. Dyer | ben@dyerlawgroup.com |
| Phillip W. Dyer | phil@dyerlawgroup.com |
| Deno G. Himonas | dhimonas@wsgr.com |
| Jordan E. Westgate | jordan.westgate@dentons.com |
| Katherine E. Pepin | kep@clydesnow.com |
| Walter A. Romney | war@clydesnow.com |
| William Bradford Barber | bbarber@wsgr.com |
| Trinity S. Jordan | trinity.jordan@dentons.com |
| | |
| Bradley Ross Blackham | bblackham@agutah.gov |
| Darin B. Goff | dgoff@agutah.gov |
| Scott R. Ryther | sryther@agutah.gov |
| Vanessa R. Walsh | vwalsh@agutah.gov |
| David N. Wolf | dnwolf@agutah.gov |
| | |
| Anneliese Cook Booher | abooher@saltlakecounty.gov |
| Timothy J. Bywater | tbywater@saltlakecounty.gov |
| William G. Garbina | wgarbina@saltlakecounty.gov |

*/s/ Geniel Mortensen*

4916-1040-5433, v. 1

3