DAVID N. WOLF (6688)
SCOTT R. RYTHER (5540)
DARIN B. GOFF (11355)
VANESSA R. WALSH (16180)
BRADLEY BLACKHAM (8703)
Assistant Utah Attorneys General
P.O. Box 140856
Salt Lake City, Utah 84114-0856
Telephone: (801) 366-0100
dnwolf@agutah.gov
sryther@agutah.gov
dgoff@agutah.gov
vwalsh@agutah.gov
bblackham@agutah.gov

*Attorneys for State Defendants*

IN THE UNITED STATES DISTRICT COURT

IN AND FOR DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UTAH VAPOR BUSINESS ASSOCIATION, INC., *et al*,<br><br>Plaintiffs,<br><br>v.<br><br>STATE OF UTAH, *et al.*,<br><br>Defendants | **NOTICE OF APPEAL**<br><br>Case No. 2:24-CV-00950-HCN-JCB<br><br>Judge David B. Barlow<br><br>Magistrate Judge Jared C. Bennett |

Pursuant to 28 U.S.C. § 1292(a), and Rules 3 and 4(a)(3) of the Federal Rules of Appellate Procedure, Defendants State of Utah, Utah Department of Health and Human Services, Utah State Tax Commission, Governor Spencer J. Cox, Attorney General Derek E. Brown, Tracy S. Gruber, and Scott W. Smith hereby give notice of their appeal to the United States Court of Appeals for the Tenth Circuit from (1) the Order Granting in Part Motion for Temporary

Restraining Order and Preliminary Injunction, Doc. 55, and (2) the Order Granting Preliminary Injunction, Doc. 56, both entered on March 24, 2025.

DATED: April 24, 2025

        OFFICE OF THE UTAH ATTORNEY GENERAL

        */s/ Scott R. Ryther*
        DAVID N. WOLF
        SCOTT R. RYTHER
        DARIN B. GOFF
        VANESSA R. WALSH
        BRADLEY BLACKHAM
        Assistant Utah Attorneys General
        *Attorneys for State Defendants*

**CERTIFICATE OF SERVICE**

I certify that on April 24, 2025, I electronically filed the foregoing, **NOTICE OF APPEAL**, using the Court's electronic filing system, which gave notice to the following:

Deno G. Himonas (05483)
W. Bradford Barber (18601)
WILSON SONSINI GOODRICH & ROSATI
15 West South Temple
Gateway Tower West, Suite 1700
Salt Lake City, Utah 84101
dhimonas@wsgr.com
bbarber@wsgr.com
*Attorneys for Plaintiffs*

Trinity Jordan (15875)
Jordan E. Westgate (16098)
DENTONS DURHAM JONES PINEGAR, P.C.
111 South Main Street, Suite 2400
Salt Lake City, Utah 84111
trinity.jordan@dentons.com
jordan.westgate@dentons.com
*Attorneys for Plaintiffs*

Walter A. Romney, Jr. (07975)
Katherine E. Pepin (16925)
CLYDE SNOW & SESSIONS
201 South Main Street, Suite 2200
Salt Lake City, Utah 84111
war@clydesnow.com
kep@clydesnow.com
*Attorneys for Plaintiffs*

Phillip W. Dyer (4315)
Benjamin R. Dyer (13691)
DYER LAW GROUP PLLC
The Langton House
648 East 100 South
Salt Lake City, Utah 84102
phil@dyerlawgroup.com
ben@dyerlawgroup.com
*Attorneys for Plaintiffs*

William G. Garbina
Anneliese Booher
Tim Bywater
wgarbina@saltlakecounty.gov
abooher@saltlakecounty.gov
tbywater@saltlakecounty.gov
*Attorneys for County Defendants*

 

*/s/ Scott R. Ryther*
SCOTT R. RYTHER