Deno G. Himonas (05483)
W. Bradford Barber (18601)
**WILSON SONSINI GOODRICH & ROSATI**
15 West South Temple
Gateway Tower West, Suite 1700
Salt Lake City, Utah 84101
Telephone: (801) 401-8520
dhimonas@wsgr.com
bbarber@wsgr.com

*Attorneys for Utah Vapor Business Association, Inc.*

Trinity Jordan (15875)
Jordan E. Westgate (16098)
**DENTONS DURHAM JONES PINEGAR, P.C.**
111 South Main Street, Suite 2400
Salt Lake City, Utah 84111
Telephone: (801) 415-3000
trinity.jordan@dentons.com
jordan.westgate@dentons.com

Phillip W. Dyer (4315)
Benjamin R. Dyer (13691)
**DYER LAW GROUP PLLC**
261 East 300 South, Suite 200
Salt Lake City, Utah 84111
Telephone: (801) 363-5000
phil@dyerlawgroup.com
ben@dyerlawgroup.com

Walter A. Romney (07975)
Katherine E. Pepin (16925)
**CLYDE SNOW & SESSIONS**
201 South Main Street, Suite 2200
Salt Lake City, Utah 84111
Telephone: (801) 322-3516
war@clydesnow.com
kep@clydesnow.com

*Attorneys for Plaintiffs Utah Vapor Business Association, Inc. and The Smoke House, LLC*

**IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| UTAH VAPOR BUSINESS ASSOCIATION, INC., a Utah nonprofit corporation, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>STATE OF UTAH, *et al.*,<br><br>Defendants. | **[PROPOSED] ORDER GRANTING *EX PARTE* UNOPPOSED MOTION FOR LEAVE TO FILE OVERLENGTH BRIEF**<br><br>Case No. 2-24-CV-00950-DBB-JCB<br><br>Judge David B. Barlow<br>Magistrate Judge Jared C. Bennett |

Having considered Plaintiffs' *Ex Parte* Motion for Leave to File Overlength Brief concerning Plaintiffs' Motion for Injunction Pending Appeal, and for good cause shown, the Motion is **GRANTED**.  The Court hereby ORDERS that Plaintiffs are granted leave to submit a reply that contains up to 7,000 words.

DATED this ___ day of _____ 2025.

BY THE COURT:

_____

4910-7523-5653, v. 1

# CERTIFICATE OF SERVICE

I hereby certify that on May 19, 2025, I caused the foregoing **[PROPOSED] ORDER GRANTING *EX PARTE* UNOPPOSED MOTION FOR LEAVE TO FILE OVERLENGTH BRIEF** to be e-filed which in turn caused notification of such filing to be sent to the following counsel who are identified as e-filers with this Court:

**Utah Attorney General's Office**

Vanessa R. Walsh
vwalsh@agutah.gov

Bradley Blackham
bblackham@agutah.gov

Joni J. Jones
jonijones@agutah.gov

David N. Wolf
dnwolf@agutah.gov

Scott R. Ryther
sryther@agutah.gov

Darin B. Goff
dgoff@agutah.gov

**Salt Lake County District Attorney's Office**

Anneliese Cook Booher
abooher@saltlakecounty.gov

Timothy J. Bywater
tbywater@saltlakecounty.gov

William G. Garbina
wgarbina@saltlakecounty.gov

*/s/ Geniel Mortensen*