Deno G. Himonas (05483)
W. Bradford Barber (18601)
**WILSON SONSINI GOODRICH & ROSATI**
95 S. State Street, Suite 1000
Salt Lake City, Utah 84111
Telephone: (801) 401-8520
dhimons@wsgr.com
bbarber@wsgr.com
*Attorneys for Utah Vapor Business Association, Inc.*

Trinity Jordan (15875)
Jordan E. Westgate (16098)
**DENTONS DURHAM JONES PINEGAR, P.C.**
111 South Main Street, Suite 2400
Salt Lake City, Utah 84111
Telephone: (801) 415-3000
trinity.jordan@dentons.com
jordan.westgate@dentons.com

Phillip W. Dyer (4315)
Benjamin R. Dyer (13691)
**DYER LAW GROUP PLLC**
261 East 300 South, Suite 200
Salt Lake City, Utah 84111
Telephone: (801) 363-5000
phil@dyerlawgroup.com
ben@dyerlawgroup.com

Walter A. Romney, Jr. (07975)
Katherine E. Pepin (16925)
**CLYDE SNOW & SESSIONS**
201 South Main Street, Ste. 2200
Salt Lake City, Utah 84111
Telephone: (801) 433-2456
WAR@clydesnow.com
KEP@clydesnow.com

*Attorneys for Plaintiffs Utah Vapor Business Association, Inc. and The Smoke House, LLC*

## IN THE UNITED STATES DISTRICT COURT
## IN AND FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UTAH VAPOR BUSINESS ASSOCIATION, INC., a Utah nonprofit corporation, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>STATE OF UTAH, *et al.*,<br><br>Defendants. | **AFFIDAVIT OF**<br>_____<br><br>Case No. 2:24-cv-00950-DBB-JCB<br><br>Judge David Barlow<br>Magistrate Judge Jared C. Bennett |

STATE OF UTAH        )
                     )ss.
COUNTY OF _____ )

Riley T. Farr, being duly sworn, deposes and says:

1. Your Affiant is over the age of eighteen and has personal knowledge of the facts stated herein.

2. Your Affiant is an owner of Vapor Craziness.

3. Vapor Craziness is a member of Utah Vapor Business Association.

4. Vapor Craziness employs 8 employees.

5. Vapor Craziness is a licensed and permitted retail tobacco specialty business ("**RTSB**") in Salt Lake County, Utah, and has been permitted as an RTSB for 7 years, with a total of 12 years in business.

6. Vapor Craziness has never been cited for selling to a minor.

7. Vapor Craziness is not currently selling flavored tobacco products.

8. Prior to the Flavor Ban going into effect, Vapor Craziness had a gross revenue of $1,035,338.25 in 2024, with 82.63% of the total sales derived from electronic cigarette products.

9. Vapor Craziness averaged gross monthly revenue in the amount of $86,278.18 during 2024.

10. Following the Court's order on March 24, 2025, which lifted the TRO as to the Flavor Ban, Vapor Craziness has had gross sales of $7,774.50, which breaks down to an average of $9,329.40 per month in gross sales. This represents an 89.2% decrease in monthly sales.

11. Removing the flavored tobacco products from the shelves has resulted in a substantial decrease of sales to where the business is no longer able to cover its fixed monthly expenses.

12. Vapor Craziness has laid off all of its employees.

13. Vapor Craziness has been made aware through various social media posts, that people who do not have RTSB licenses are advertising flavored vapor products for sale on Facebook exchange groups.

14. It is anticipated that Vapor Craziness will close down its business within the next 30 days under the current landscape.

15. The effect of the Flavor Ban is that Your Affiant will be deprived of his property interest in and to Vapor Craziness.

DATED this 19th day of April, 2025.

Respectfully submitted,

_____
Riley Farr, Owner
Affiant

SUBSCRIBED AND SWORN to before me this 19th day of April, 2025

My Commission Expires 02/16/2027

_____
Notary Public
Residing at: herriman, utah
Salt lake County, Utah

TIARA CARRASCO
Notary Public, State of Utah
Commission #729481
My Commission Expires
2/16/2027

3

4